COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Case number:            01-12-01032-CV

Style:                  *Steve Holmes, Debbie Holmes, Clinton Holmes, Dana Atkinson, Jerry Smith and Greg Evans, not individually but solely in their capacity as and on behalf of the Board of Directors and Members of the Houston Aeronautical Heritage Society, Inc. ("HAHS") and Penny Evans and Gary Evans, solely in their capacity as Members of HAHS v. John L. Graves and Harper Trammell,* No. 2012-23495 in the 334th District Court of Harris County, Texas

On November 21, 2012, appellants filed a "Motion for Temporary, Emergency Relief," seeking a stay of a summary judgment hearing set for November 30, 2012. Appellants are requested to file a supplemental motion informing the Court of (1) whether appellants have filed a motion to stay the hearing in the trial court and the trial court's ruling on such motion, if any, and (2) the subject of summary judgment motion and hearing. The supplemental motion is due no later than **12:00 p.m. on Tuesday, November 27, 2012**.

The Court further requests that appellees respond to appellants' motion and supplemental motion for emergency relief. The response, if any, is due no later than **12:00 p.m. on Wednesday, November 28, 2012**.

With respect to the deadlines set forth in this order, the Court suspends the application in this case of the mailbox rule, TEX. R. APP. P. 9.2. *See* TEX. R. APP. P. 2.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   Acting individually

Date:   November 26, 2012